**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

May 22, 2014

Superior Court of California
Riverside County
41002 County Center Drive #100
Temecula, CA 92591

Re: Case Number: EDCV14-00978-UA(DUTYx)

Previously Superior Court Case No. TEC1400842

Case Name: The Arbors at California Oaks Property Owners LLC v Tonya Harrigan et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on 5/21/2014, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: A. Duke
Deputy Clerk 951-328-4462

☐ Western ☒ Eastern ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: ____________________
Deputy Clerk

____________________
Date